THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark Allen Brown, Appellant.
 
 
 

Appeal From Berkeley County
 John C. Few, Circuit Court Judge
Unpublished Opinion No. 2008-UP-364
Submitted July 1, 2008  Filed July 11, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; Solicitor Ralph E. Hoisington, of Charleston, for
 Respondent.
 
 
 

PER CURIAM: Mark
 Allen Brown appeals his guilty plea for homicide by child abuse and sentence of
 life without parole.  He argues the trial judge erred in accepting his plea
 because Brown did not admit to showing an extreme indifference to human life, a
 required element of the crime of homicide by child abuse.  S.C. Code Ann. §
 16-3-85 (2003).  After a thorough review of the
 record and counsels brief, pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED
HEARN, C.J., CURETON and GOOLSBY, A.J.J. concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.